UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA ESPINOZA,                                    CASE NO.: 1:22-cv-23368-DPG

      Plaintiff,

vs.

PANDORA JEWELRY, LLC.,
a Foreign for Profit Corporation

      Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, ARANTZA ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA ESPINOZA and Defendant, PANDORA JEWELRY, LLC., have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

**Respectfully Submitted,**

**MENDEZ LAW OFFICES, PLLC**
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

### ###